Case 16-24696-JAD    Doc 36    Filed 02/13/20    Entered 02/13/20 16:43:56    Desc Main
Document      Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Charles A. Klazon, Sr., | ) Bankruptcy No. 16-24696 JAD |
| | ) Chapter 13 |
| Debtor | ) Related to Claim No. 8 |
| | ) |
| Nationstar Mortgage, LLC, | ) |
| | ) |
| Movant | ) |
| | ) |
| vs. | ) |
| | ) |
| Charles A. Klazon, Sr., | ) |
| | |
| Respondent | |

## DECLARATION THAT NO AMENDED PLAN IS NECESSARY

AND NOW, comes the debtor, Charles A. Klazon, Sr., by and through his attorney Kenneth Steidl and Steidl and Steinberg, and respectfully represents as follows:

1. Debtor's attorney has been notified that the monthly mortgage payment is now $593.06.

2. The Plan is adequately funded and no amended Plan is necessary in this case. The new post-petition monthly mortgage payment payable to Nationstar Mortgage, LLC in the sum of $593.06 effective January 1, 2020 per the Notice of Mortgage Payment Change dated November 20, 2019.

Respectfully submitted,

February 13, 2020  /s/ Kenneth Steidl
    DATE

Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965