IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Charles Klazon ) | Case No. 16-24696 JAD |
|    Debtor ) | Chapter 13 |
| ) | Document No. |

## NOTICE OF CHANGE OF ADDRESS

     AND NOW, comes the Debtor, Charles Klazon, by and through his attorney Kenneth Steidl, and Steidl & Steinberg, Attorneys at Law and respectfully represents as follows:

1. At the time of the case filing, the Debtor had an address of 108 Hamilton Ave, Vandergrift, PA 15690.

2. The Debtor since moved and the new address is 1025 Hancock Ave, #B, Vandergrift, PA 15690.

    WHEREFORE, the Debtor respectfully files this Notice of Change of Address.

                          Respectfully submitted,

November 5, 2021                   /s/ Kenneth Steidl
DATE                               Kenneth Steidl, Esquire
                                      Attorney for the Debtor
                                      STEIDL & STEINBERG
                                      707 Grant Street
                                      Suite 2830
                                      Pittsburgh, PA 15219
                                      (412) 391-8000
                                      PA ID No. 34965