IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                              )
                                                    )  Case No. 16-24696 JAD
    Charles A. Klazon, Sr.,                         )  Chapter 13
                                                    )  Docket No.
       *Debtor*                                     )
                                                    )
    Charles A. Klazon, Sr.,                         )
                                                    )
       *Movant*                                     )
                                                    )
*No Respondent(s)*                                  )

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is required to pay Domestic Support Obligation and the Debtor has paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (Including amounts due before the petition was filed, but only to the extent provided for in the Plan.)

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On March 14, 2017 at docket number 22, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by*:* This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

<u>November 7, 2021</u>                                                    /s/ Charles A. Klazon, Sr._____
Date                                                                            Debtor

_____                                                  _____
Date                                                                             Debtor

                                                                         Respectfully submitted,

| | |
|---|---|
| <u>November 10, 2021</u> | /s/ Kenneth Steidl_____ |
| DATE | Kenneth Steidl, Esquire |
| | Attorney for the Debtor |

                                                                         STEIDL & STEINBERG  
                                                                         707 Grant Street  
                                                                         Suite 2830, Gulf Tower  
                                                                         Pittsburgh, PA 15219  
                                                                         (412) 391-8000  
                                                                         ken.steidl@steidl-steinberg.com  
                                                                         PA I.D. No. 34965