**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHARLES A. KLAZON, SR.<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Respondents. | Case No.:16-24696 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 26, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/21/2016 and confirmed on 2/13/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 100,199.23 |
| Less Refunds to Debtor | | 9,097.28 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 91,101.95 |
| | | | | |
| Administrative Fees | | | | |
| Filing Fee | | 0.00 | | |
| Notice Fee | | 0.00 | | |
| Attorney Fee | | 2,500.00 | | |
| Trustee Fee | | 4,716.49 | | |
| Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 7,216.49 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 36,330.27 | 0.00 | 36,330.27 |
| Acct: 8714 | | | | |
| CLEARVIEW FCU** | 0.00 | 36,224.24 | 0.00 | 36,224.24 |
| Acct: 5721 | | | | |
| | | | | 72,554.51 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHARLES A. KLAZON, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHARLES A. KLAZON, SR. | 766.16 | 766.16 | 0.00 | 0.00 |
| Acct: | | | | |
| CHARLES A. KLAZON, SR. | 8,331.12 | 8,331.12 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2497 | | | | |
| FIFTH THIRD BANK | 862.97 | 862.97 | 0.00 | 862.97 |
| Acct: 0395 | | | | |
| BILL ME LATER INC A/S/F SYNCHRONY B/ | 1,119.82 | 1,119.82 | 0.00 | 1,119.82 |
| Acct: 9733 | | | | |
| PNC BANK NA | 8,296.16 | 8,296.16 | 0.00 | 8,296.16 |
| Acct: 4952 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8933 | | | | |
| PNC BANK NA | 709.65 | 709.65 | 0.00 | 709.65 |
| Acct: 0428 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 207.71 | 207.71 | 0.00 | 207.71 |
| Acct: 0002 | | | | |
| ECAST SETTLEMENT CORP | 134.64 | 134.64 | 0.00 | 134.64 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 3110 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5198 | | | | |
| | | | | 11,330.95 |
| | | | | |
| TOTAL PAID TO CREDITORS | | | | 83,885.46 |
| TOTAL CLAIMED | | | | |
| PRIORITY | 0.00 | | | |
| SECURED | 0.00 | | | |
| UNSECURED | 11,330.95 | | | |

Date: 01/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    CHARLES A. KLAZON, SR.

        Debtor(s)

    Ronda J. Winnecour
          Movant
      vs.
    No Repondents.

Case No.:16-24696 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Charles A. Klazon, Sr.  
    Debtor

Case No. 16-24696-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Jan 31, 2022      Form ID: pdf900      Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles A. Klazon, Sr., 1025 Hancock Ave, #B, Vandergrift, PA 15690-1615 |
| 14339207 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Bank, 38 Fountain Square, Cincinnati, OH 45263 |
| 14357412 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14418967 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, Attn: Bankruptcy Dept., P.O. Box 619096, Dallas, TX 75261-9741 |
| 14339208 | | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 14339210 | | PNC Bank, Attn: Bankrputcy Department, PO box 489909, Charlotte, NC 28269-5329 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Jan 31 2022 23:40:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14401674 | | Email/PDF: ebn_ais@aisinfo.com | Jan 31 2022 23:41:14 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14396042 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 31 2022 23:40:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14339206 | + | Email/Text: bankruptcy@clearviewfcu.org | Jan 31 2022 23:40:00 | Clearview Federal Credit Union, 8805 University Blvd., Moon Township, PA 15108-4212 |
| 14357412 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Jan 31 2022 23:40:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14339205 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 31 2022 23:41:13 | Chase Bank, PO Box 15145, Wilmington, DE 19850 |
| 14393434 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 31 2022 23:40:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 14367888 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 31 2022 23:41:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14339209 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2022 23:41:23 | PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14953545 | + | Email/Text: bncmail@w-legal.com | Jan 31 2022 23:40:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14404054 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2022 23:41:19 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14791401 | | Email/PDF: bncnotices@becket-lee.com | Jan 31 2022 23:41:23 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

Case 16-24696-JAD    Doc 52    Filed 02/02/22    Entered 02/03/22 00:28:45    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Jan 31, 2022 | Form ID: pdf900 | Total Noticed: 17 |
| TOTAL: 12 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 14339211 | * | PNC Bank, Attn: Bankrputcy Department, PO box 489909, Charlotte, NC 28269-5329 |
| 14339212 | * | PNC Bank, Attn: Bankrputcy Department, PO box 489909, Charlotte, NC 28269-5329 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2022         Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Charles A. Klazon Sr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor NATIONSTAR MORTGAGE LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5